United States District Court
Southern District of Texas
ENTERED
AUG 26 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

FILED
AUG 25 1998
Michael N. Milby
Clerk of Court

Niell

versus

Greyhound Lines, Inc.

§
§
§
§
§
§
§

CIVIL ACTION B-97-251

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Signed on _August 25_, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge